■ CLICK MODEL MANAGEMENT, INC., Appellant, v RACHEL WILLIAMS et al., Respondents. [612 NYS2d 843] —Order, Supreme Court, New York County (Myriam Altman, J.), entered August 3, 1993, unanimously affirmed for the reasons stated by Altman, J., with costs. No opinion. Concur—Carro, J. P., Wallach, Rubin and Nardelli, JJ.